IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00145-REB-BNB

RANDY KAILEY,

Plaintiff,

v.

MARK BUTTONS,
MARY KEEGAN,
REUBEN BASTIDOS,
WALTER FORWARD,
THOMAS BENTLEY, and
GREGORY BRADFORD,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion/Request** [docket no. 51, filed August 24, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to mail to the plaintiff another copy of my Recommendation [45].

DATED:  August 29, 2012